IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARYLAND MANOR ASSOCIATES, ET AL. | § § § | |
| VS. | § § | CIVIL ACTION NO. H-10-1736 |
| CITY OF HOUSTON, TEXAS | § | JURY TRIAL DEMANDED |

## ORDER

Came to be considered Defendant City of Houston, Texas' 12(e) Motion for More Definite Statement in the above entitled and numbered cause, and the Court having considered same, is of the opinion that such motion should, in all things, be sustained. It is therefore,

ORDERED, ADJUDGED, and DECREED by the Court that the Plaintiffs must:

1. to state with which application permit submittal(s) was/were denied the Section 40-86 approval; and

2. to state when the application permit submittal(s) was/were denied the Section 40-86 approval.

SIGNED and ENTERED this the _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE