IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARYLAND MANOR ASSOCIATES, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-1736 |
| CITY OF HOUSTON, | § § § | |
| Defendant. | § | |

## ORDER

The plaintiffs' motion for an extension of time to respond to the defendant's motions for partial summary judgment and amended motion to dismiss, (Docket Entries Nos. 43, 44), is granted. The plaintiffs' response to these motions is due January 31, 2011. The defendant may file a reply seven days thereafter. The defendant's motion to quash the depositions of Mark Loethen, Kumar Arya, Andy Icken, Marlene Gafrick, and Susan McMillian, (Docket Entry No. 49), is granted. These individuals must be deposed between January 15, 2011, and February 6, 2011.

SIGNED on December 10, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge