**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MARYLAND MANOR ASSOCIATES, *et al*., | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-1736 |
| CITY OF HOUSTON, | § § § | |
| Defendant. | § | |

**ORDER**

On June 22, 2011 the City of Houston filed a motion to strike the plaintiffs' rebuttal experts. (Docket Entry No. 71.)  The motion is still pending.  The court held a status conference on September 22, 2011.  At the conference, the parties did not address the motion to strike and informed the court that there were no issues that the court could address at that time.  By **February 29, 2012,** the parties must inform the court if they have resolved the issues raised in the motion to strike.

SIGNED on February 22, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge